

| | | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 151 West 46th Street, 4th Floor<br>New York, NY 10036<br>212-267-7342 |
|---|---|---|---|

**Defendant:** **Seldat, Inc.**
**Bankruptcy Case:** **J & M Sales Inc.**
**Preference Period:** **May 8, 2018 - Aug 6, 2018**

### Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| J & M Sales, Inc. | J & M Sales, Inc. | 299470 | $154,115.94 | 5/11/2018 | 10718 | 4/18/2018 | $154,115.94 |
| J & M Sales, Inc. | J & M Sales, Inc. | 300460 | $150,966.91 | 5/18/2018 | 10719 | 4/27/2018 | $150,966.91 |
| J & M Sales, Inc. | J & M Sales, Inc. | 300567 | $148,531.62 | 5/25/2018 | 10720 | 5/2/2018 | $148,531.62 |
| J & M Sales, Inc. | J & M Sales, Inc. | 301318 | $149,629.18 | 6/4/2018 | 10721 | 5/9/2018 | $149,629.18 |
| J & M Sales, Inc. | J & M Sales, Inc. | 301629 | $145,715.12 | 6/11/2018 | 10722 | 5/16/2018 | $145,715.12 |
| J & M Sales, Inc. | J & M Sales, Inc. | 301812 | $143,546.29 | 6/15/2018 | 10723 | 5/24/2018 | $143,546.29 |
| J & M Sales, Inc. | J & M Sales, Inc. | 302052 | $148,517.73 | 6/25/2018 | 10724 | 5/30/2018 | $148,517.73 |
| J & M Sales, Inc. | J & M Sales, Inc. | 302246 | $120,853.76 | 7/2/2018 | 10725 | 6/6/2018 | $120,853.76 |
| J & M Sales, Inc. | J & M Sales, Inc. | 302441 | $137,973.61 | 7/6/2018 | 10726 | 6/13/2018 | $137,973.61 |
| J & M Sales, Inc. | J & M Sales, Inc. | 302548 | $140,686.17 | 7/16/2018 | 10727 | 6/20/2018 | $140,686.17 |
| J & M Sales, Inc. | J & M Sales, Inc. | 302772 | $142,274.79 | 7/23/2018 | 10728 | 6/28/2018 | $142,274.79 |
| J & M Sales, Inc. | J & M Sales, Inc. | 302878 | $134,826.08 | 7/30/2018 | 10729 | 7/6/2018 | $134,826.08 |
| **12 Preference Period transfer(s), $1,717,637.20** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| J & M Sales, Inc. | J & M Sales, Inc. | 303185 | $111,703.13 | 8/10/2018 | 10730 | 7/11/2018 | $111,703.13 |
| J & M Sales, Inc. | J & M Sales, Inc. | 303197 | $128,400.55 | 8/17/2018 | 10731 | 7/18/2018 | $128,400.55 |
| J & M Sales, Inc. | J & M Sales, Inc. | 303254 | $126,547.12 | 8/29/2018 | 10732 | 7/25/2018 | $126,547.12 |
| J & M Sales, Inc. | J & M Sales, Inc. | 303310 | $124,161.41 | 9/6/2018 | 10733 | 8/2/2018 | $124,161.41 |
| **4 Post Petition transfer(s), $490,812.21** | | | | | | | |

**Totals: 16 transfer(s), $2,208,449.41**