# United States Bankruptcy Court
## District of Delaware

| | |
|---|---|
| In re:   J & M Sales, Inc., *et al.*,<br>                                Debtors. | Chapter 7<br><br>Case No.: 18-11801 (JTD) |
| George L. Miller, no individually, but as<br>Chapter 7 Trustee of J & M Sales, Inc., *et al.*,<br>                                Plaintiff<br>        v.<br><br>Seldat, Inc.,<br>                                Defendant. | <br><br><br>Adv. Proc. No.: 20-50334 |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk:
>         824 Market Street, 3rd Floor
>         Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney:<br>**Primary Counsel:**<br>Joseph L. Steinfeld, Jr., DC SBN 297101<br>MN SBN 0266292, VA SBN 18666<br>Anastasia Kazmina, MN SBN 0398419<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121<br>**Telephone:** 651-289-3854<br>**Fax:** (651) 406-9676<br>**E-Mail:** akazmina@askllp.com | Name and Address of Plaintiff's Attorney:<br>**Co-Counsel:**<br>Jennifer R. Hoover, Esq. (DE No. 5111)<br>Kevin M. Capuzzi, Esq. (DE No. 5462)<br>John C. Gentile, Esq. (DE No. 6159)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF L.L.P.<br>222 Delaware Avenue, Suite 801<br>Wilmington, Delaware 19801<br>Tel: (302) 442-7006<br>Email: jhoover@beneschlaw.com<br>             kcapuzzi@beneschlaw.com<br>             jgentile@beneschlaw.com |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address:<br>        824 North Market Street<br>        Wilmington, DE 19801 | Room:   Courtroom No. 5<br>Floor:     5th Floor<br>Date and Time: April 8, 2020 @ 10:00 am |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
 Court for the District
      of Delaware                                                                    /s/ *Una O'Boyle*
                                                                                        *Clerk of the Bankruptcy Court*

Date:   February 6, 2020