**Exhibit A**

**Schedule of Settlements Subject to Court Approval**

| Company Name | Adversary Number | Gross Amount Demanded | Settlement | Comment |
|---|---|---|---|---|
| American Express Travel Related Services Company, Inc. | 20-50038 | $ 911,735.47 | $ 400,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| C.H. Robinson Worldwide, Inc. | 20-50114 | $ 672,855.36 | $ 1,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Seldat, Inc. | 20-50334 | $ 1,717,637.20 | $ 2,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Shewak Lajwanti Home Fashions, Inc. dba S.L. Home Fashions | 20-50338 | $ 878,386.40 | $ 135,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |