## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>J & M Sales, Inc., *et al.*,[1]<br><br>                                        Debtors. | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>(Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., *et al.*,<br><br>                                        Plaintiff,<br><br>vs.<br><br>Defendants Listed Below,<br><br>                                        Defendant. | RE: D.I. _____ |

| Defendants | Adversary Number |
|---|---|
| American Express Travel Related Services Company, Inc. | 20-50038 |
| C.H. Robinson Worldwide, Inc. | 20-50114 |
| Seldat, Inc. | 20-50334 |
| Shewak Lajwanti Home Fashions, Inc. dba S.L. Home Fashions | 20-50338 |

**ORDER APPROVING PLAINTIFF'S THIRD MOTION FOR
AN ORDER APPROVING SETTLEMENTS OF POTENTIAL AVOIDANCE
ACTIONS PURSUANT TO FED. R. BANKR. P. 9019**

Upon consideration of the Plaintiff's *Third Motion for an Order Approving Settlements of Potential Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019* (the "Motion");[2] upon the record; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and

---

[1] Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Motion was given; and that sufficient legal and factual bases exist for the relief requested in the Motion; and after due deliberation, the Court having determined that the relief requested in the Motion is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

1. The Motion is **GRANTED;**

2. The settlements of the Avoidance Actions against the Defendants listed on **Exhibit A** attached to the Motion are approved;

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Order.